IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARON E. DUBEE,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2024-TWT

ORDER

This is an appeal from an order denying the Plaintiff Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending dismissing the action without prejudice for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of December, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Dubee\r&r.wpd